UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYSIDE SOLUTIONS, INC., <br> Plaintiff, <br> v. <br> ANTONIO AVILA, et al., <br> Defendants. | Case No. 21-cv-08738-PJH <br><br> **ORDER REGARDING JOINT STIPULATION** <br><br> Re: Dkt. No. 38 |

Before the court is the parties' joint stipulation seeking to shorten the time related to plaintiff's motion for entry of a protective order. The court approves the parties' abbreviated briefing schedule as stated below. The court orders plaintiff's motion submitted as of August 2, 2022 following the filing of defendants' reply brief. There will be no hearing. The parties must consult the court's standing order regarding discovery, protective orders, and ESI. Each party must submit their proposal regarding the language of the protective order along with a redline comparison with the court's model order. The parties may submit their proposals with their opposition and reply briefs.

Accordingly, the abbreviated briefing schedule is as follows: defendants' opposition is due July 29, 2022; plaintiff's reply brief is due August 2, 2022; the motion will be submitted as of August 2, 2022.

**IT IS SO ORDERED.**

Dated: July 22, 2022

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge