UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYSIDE SOLUTIONS, INC.,<br>　　　　Plaintiff,<br>　　v.<br>ANTONIO AVILA, et al.,<br>　　　　Defendants. | Case No. 21-cv-08738-PJH<br><br>**ORDER GRANTING IN PART AND MODIFYING STIPULATION**<br><br>Re: Dkt. No. 64 |

　　　　On June 28, 2023, the parties to the above-captioned action filed a stipulation and proposed order proposing modifications to the case schedule.  While the court is amenable to extensions to the case schedule, any modifications must comply with this court's standing and scheduling orders.

　　　　The court notes the following deviations from the standing and scheduling orders contained in the stipulation.  First, the proposed hearing date for summary judgment motions would no longer be 120 days prior to the trial date.  See Judge Phyllis J. Hamilton Civil Pretrial Instructions ¶ A.1.  Second, the parties propose Tuesday, December 12, 2023 as the hearing date for summary judgment motions.  This court conducts hearings on civil motions the 1st, 2nd, and 4th Thursday of each month, with no motion hearings to be set on July 13, 2023, September 14, 2023, or December 14, 2023.  See Calendar for Judge Phyllis J. Hamilton, Scheduling Notes.

　　　　Accordingly, the court approves and modifies the proposed stipulated revised schedule as follows:

　　　　Hearing on dispositive motions:　　December 12, 2023

Final Pretrial Conference:  March 16, 2024

Trial:  April 10, 2024

**IT IS SO ORDERED.**

Dated:  June 28, 2023

PHYLLIS J. HAMILTON
United States District Judge