1  Ronald C. Finley (SBN 200549)
   ronald.finley@hogefenton.com
2  Alfredo A. Bismonte (SBN 136154)
   alfredo.bismonte@hogefenton.com
3  Remington A. Lenton-Young (SBN 295392)
   remington.lenton-young@hogefenton.com
4  HOGE, FENTON, JONES & APPEL, INC.
   55 South Market Street, Suite 900
5  San Jose, California 95113-2324
   Phone: 408.287.9501
6  Fax: 408.287.2583

7  Attorneys for Plaintiff Bayside Solutions, Inc.

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | BAYSIDE SOLUTIONS, INC., | Case No. 21-cv-08738-PJH
12 | Plaintiff, | **JOINT STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
13 | v. |
14 | ANTONIO AVILA, et al., | *The Hon. Phyllis J. Hamilton*
15 | Defendants. |

16

17     Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Bayside Solutions, Inc. and

18 Defendants Antonio Avila, Armando Avila, and RecruitGigs, LLC, by and through undersigned

19 counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed

20 with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties

21 also withdraw and terminate all pending motions submitted in this action.

22 DATED:  January 17, 2024          Respectfully submitted,

23                                  HOGE, FENTON, JONES & APPEL, INC.

24

25
                                    By:      */s/ Remington A. Lenton-Young*
26                                           Remington A. Lenton-Young
                                             Attorneys for Plaintiff Bayside Solutions, Inc.
27

28

DATED:  January 17, 2024

Drew E. Pomerance, Esq. (SBN 101239)
Muhammed T. Hussain, Esq. (SBN 259234)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991
E-Mail: dep@rpnalaw.com, mth@rpnalaw.com

By: /s/ Muhammed T. Hussain[1]
Muhammed T. Hussain
Attorneys for Defendants Antonio Avila, Armando Avila, and RecruitGigs, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   January 17, 2024

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

[1] I, Remington Lenton-Young, am the ECF user whose User ID and Password are being used to file the JOINT STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER. In compliance with Civil Local Rules, Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Muhammed Hussain.